No. 80–6707.  CRENSHAW *v.* LEEKE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–6709.  ENRIQUEZ *v.* UNITED STATES; and
No. 81–165.  LOPEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 647 F. 2d 173.

No. 80–6710.  FRAZIER *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 80–6711.  POWELL *v.* LEVIT ET AL.  C. A. 9th Cir. Certiorari denied.

No. 80–6712.  HOUSBY *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 80–6713.  HOLBROOK *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 80–6715.  KEY *v.* AMERICAN DEVELOPMENT CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–6716.  FARMAKIS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 80–6719.  RICKERSON *v.* NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.

No. 80–6721.  MOORE *v.* MINTZES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 80–6722.  MASON *v.* COUNTY OF WORCESTER ET AL. Ct. App. Mass.  Certiorari denied.

No. 80–6723.  STOICA *v.* KLEM ET AL.  C. A. 3d Cir. Certiorari denied.